[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 559.]

CITY OF REYNOLDSBURG, APPELLEE, *v.* LICKING COUNTY BUDGET
COMMISSION ET AL., APPELLANTS.

[Cite as *Reynoldsburg v. Licking Cty. Budget Comm.*, 1999-Ohio-186.]

*Taxation—Income tax—R.C. 5747.53 and 5747.63—Apportioning Undivided*
*Local Government Fund and Undivided Local Government Revenue*
*Assistance Fund—Decisions of Board of Tax Appeals reversed on authority*
*of Lancaster v. Fairfield Cty. Budget Comm.*

(Nos. 98-2544 and 98-2545—Submitted August 25, 1999—Decided September
22, 1999.)

APPEALS from the Board of Tax Appeals, Nos. 96-T-1436, 96-T-1437, 97-T-1518
and 97-T-1519.

—————————

{¶ 1} These causes are now before the court upon appeals as of right.

*Porter, Wright, Morris & Arthur*, *Ronald W. Gabriel*, *Cynthia Butler*
*Carson* and *Aaron A. Dryer*, for appellee.

*Teaford, Rich, Crites & Wesp* and *James R. Gorry*, for appellants.

—————————

*Per Curiam*.

{¶ 2} We reverse these decisions on the authority of *Lancaster v. Fairfield*
*Cty. Budget Comm.* (1999), 86 Ohio St.3d 137, 712 N.E.2d 719.

*Decisions reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

—————————